UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

JUAN VIANEZ,

    Plaintiff,

v.

VICTORVILL, et. al.,

    Defendants.

No. C 13-3588 PJH (PR)

**ORDER OF DISMISSAL**

Plaintiff, a federal prisoner, has filed a civil rights action. Plaintiff was sent a notice that he had not paid the filing fee or properly applied for leave to proceed in forma pauperis ("IFP"). He was allowed twenty-eight days to either pay the fee or file a proper application. More than twenty-eight days has passed and plaintiff has not paid the fee or filed a proper application to proceed IFP. Therefore, this case is **DISMISSED** without prejudice. The clerk shall close the file.

**IT IS SO ORDERED.**

Dated: November 7, 2013.

                                PHYLLIS J. HAMILTON
                                United States District Judge

G:\PRO-SE\PJH\CR.13\Vianez3588.dsm-ifp.wpd